# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLISON LEE PROFFITT,<br><br>    Plaintiff(s),<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY,<br><br>    Defendant(s). | Case No. 2:24-cv-00805-RFB-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties must file a joint discovery plan by June 28, 2024.

IT IS SO ORDERED.

Dated: June 21, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1