McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Pamela L. McGaha
Nevada Bar No. 8181
  *pamela.mcgaha@mccormickbarstow.com*
Cara T. Laursen
Nevada Bar No. 14563
  *cara.laursen@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:  (702) 949-1100
Facsimile:  (702) 949-1101

Attorneys for Defendant CSAA GENERAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLISON LEE PROFFITT, individually,<br><br>Plaintiff,<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00805-RFB-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiff ALLISON LEE PROFFITT, by and through her counsel of record, and Defendant CSAA GENERAL INSURANCE COMPANY, by and through

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

their counsel of record that the above-entitled matter be dismissed with prejudice against Defendant CSAA GENERAL INSURANCE COMPANY, the parties to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED:**

DATED this 2nd day of May, 2025

          MOSS BERG INJURY LAWYERS

          By _____
              Marcus A. Berg, Esq.
              Nevada Bar No. 9760
              John C. Funk, Esq.
              Nevada Bar No. 9255
              Boyd B. Moss, III, Esq.
              Nevada Bar No. 8856
              5420 W Sahara Avenue, Suite 101
              Las Vegas, Nevada 89146
              Attorneys for Plaintiff

DATED this 1st day of May, 2025

          McCORMICK, BARSTOW, SHEPPARD,
          WAYTE & CARRUTH LLP

          By     */s/Jonathan W. Carlson*
              Jonathan W. Carlson, Nevada Bar No. 10536
              Pamela L. McGaha, Nevada Bar No. 8181
              Cara T. Laursen, Nevada Bar No. 14563
              8337 West Sunset Road, Suite 350
              Las Vegas, Nevada 89113
              Tel. (702) 949-1100
              Attorneys for Defendant

## **ORDER**

**IT IS SO ORDERED.**

DATED this 15th day of May, 2025

          By _____
             UNITED STATES DISTRICT JUDGE
             **RICHARD F. BOULWARE, II**

11545639.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

2         Case No. 2:24-cv-00805-RFB-NJK
STIPULATION AND ORDER RE DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2025, a true and correct copy of **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By _____
Tina M. Abrante, an Employee of
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP